**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

MALIBU MEDIA, LLC,

    Plaintiff,

v.     Civil Action No. 1:13-cv-01717-RJL

JOHN DOE, subscriber assigned IP address 76.111.104.181,

    Defendant.

                                         /

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
<u>WITHOUT PREJUDICE OF JOHN DOE</u>**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP Address 76.111.104.181. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  November 21, 2013

                                                         Respectfully submitted,

                                                         By:    /s/ *Jon A. Hoppe*
                                                         Jon A. Hoppe, Esquire
                                                         jhoppe@mhhhlawfirm.com
                                                         MADDOX, HOPPE, HOOFNAGLE & HAFEY, L.L.C.
                                                         1401 Mercantile Lane #105
                                                         Largo, Maryland 20774
                                                          Phone:  301-341-2580
                                                         *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 21, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: /s/ *Jon A. Hoppe*
      Jon A. Hoppe